UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
[Filed Electronically]

| | |
|---|---|
| TYSON MIMMS ) | |
| ) | CIVIL ACTION NO. 3:11-CV-000142-S |
| PLAINTIFF, ) | |
| v. ) | |
| ) | |
| A&E TELEVISION NETWORKS, LLC ) | AGREED ORDER EXTENDING |
| ITV STUDIOS, INC. ) | PLEADING DEADLINES |
| ) | |
| DEFENDANTS. ) | |
| _____) | |

By agreement of the Plaintiff, Tyson Mimms, and the Defendants, A & E Television Networks, LLC, and ITV Studios, Inc., the Defendants' time in which to responsively plead or otherwise Answer the Plaintiff's First Amended Complaint is extended until May 3, 2011.

**AGREED TO:**

/s/ James M. Bolus (with permission)
James M. Bolus, Jr.
BOLUS LAW OFFICES
600 West Main Street, Suite 500
Louisville, Ky. 40202
Telephone.: (502) 584-1210
Facsimile: (502) 584-1212
*Co-Counsel for Plaintiff Tyson Mimms*


/s/ A. Nicholas Naiser (with permission)
A. Nicholas Naiser
NAISER LAW OFFICE
600 West Main Street, Suite 500
Louisville, Kentucky 40202
Telephone: (502) 882-5183

Facsimile: (502) 584-1212
*Co-Counsel for Plaintiff Tyson Mimms*


/s/ R. Kenyon Meyer
Jon L. Fleischaker
R. Kenyon Meyer
DINSMORE & SHOHL, LLP
2500 National City Tower
101 South Fifth Street
Louisville, Ky. 40202
*Counsel for Defendants A&E Television Networks, LLC and ITV Studios, Inc.*

## CERTIFICATE OF SERVICE

On the 4th day of April, 2011, I electronically filed the foregoing document through the ECF system, which will send a notice of electronic filing to all participants appearing on the Panel Attorney Service List.

/s/ R. Kenyon Meyer
*Counsel for Defendants*

843679v1

2