UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
NO: 3:11-cv-142-S

TYSON MIMMS,

    Plaintiff,

v.

A&E TELEVISION NETWORKS, LLC, and ITV STUDIOS, INC.

    Defendants.

**CORPORATE DISCLOSURE STATEMENT**

*Electronically Filed*

### DEFENDANTS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for defendants A&E TELEVISION NETWORKS, LLC and ITV STUDIOS, INC. hereby certifies that:

1.     A&E Television Networks, LLC ("AETN") is a limited liability company with interests currently held by six entities:

- Hearst Communications, Inc., the ultimate parent of which is The Hearst Corporation, which is not publicly traded.

- Hearst Holdings, Inc., the ultimate parent of which is The Hearst Corporation, which is not publicly traded.

- Hearst LT, Inc., the ultimate parent of which is The Hearst Corporation, which is not publicly traded.

- Disney/ABC International Television, Inc., whose ultimate parent company is The Walt Disney Company, which is publicly traded.

- CableLT Holdings, Inc., whose ultimate parent company is The Walt Disney Company, which is publicly traded.

- NBC-A&E Holding, Inc., whose ultimate parent companies are General Electric Company and Comcast Corporation, each of which is publicly traded.

2. ITV Studios, Inc. is a wholly-owned subsidiary of ITV US Holdings, Inc., which is indirectly 100% owned by ITV Plc, a publicly traded UK company.

Dated: Louisville, Kentucky
May 3, 2011

Respectfully submitted,

DINSMORE & SHOHL LLP

/s/ Jon L. Fleischaker
Jon L. Fleischaker
R. Kenyon Meyer
2500 National City Tower
101 S. Fifth Street
Louisville, KY 40202
Tel: (502) 540-2300
Fax: (502) 585-2207
*Attorneys for ITV Studios, Inc. and AETN*

*Of Counsel*:

DAVIS WRIGHT TREMAINE LLP

Linda Steinman
Elisa L. Miller
1633 Broadway
New York, NY 10019
Tel: (212) 489-8230
Fax: (212) 489-8340

## CERTIFICATE OF SERVICE

On the 3rd day of May, 2011, I electronically filed the foregoing document through the ECF system, which will send a notice of electronic filing to all participants appearing on the Panel Attorney Service List.

/s/ Jon L. Fleischaker
*Counsel for Defendants*

2

849154_1.DOC
DWT 17005793v2 0069462-000046