UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
NO. 3:11-CV-142-CRS

TYSON MIMMS )
 )
    *Plaintiff* )
v. )
 )   *"Electronically Filed"*
 )
A&E TELEVISION NETWORKS, LLC )
 )
    *Defendant* )

\*\*\* \*\*\* \*\*\* \*\*\*

### PLAINTIFF'S FRCP 26(a)(1) DISCLOSURES

The Plaintiff, Tyson Mimms, by and through counsel, for his FRCP 26(a)(1) Disclosures, states as follows:

(A) <u>Witnesses</u> – individuals likely to have discoverable information relevant to disputed facts in this matter are as follows:

1. Tyson Mimms                        Plaintiff
   2303 West Gaulbert Avenue
   Louisville, KY 40210
   Will testify regarding his claims.

2. Any and all employees, agents, or servants of A&E Television Networks, LLC with information pertinent to this case.

3. Any and all employees, agents, or servants of ITV Studios, Inc. with information pertinent to this case.

4. Any and all Police Officers and Prosecutors, and employees, agents, or servants of the same involved in any way with <u>Commonwealth of Kentucky v. Tyson Mimms</u>, 09-CR-2049.

5. Any and all individuals listed in the Defendants' FRCP 26(a)(1) disclosures, and any and all individuals identified or referred to in the documents attached hereto and/or other individuals identified by ongoing discovery and investigation into this matter.

(B) <u>Documents/Evidentiary Materials</u> – The following documents and materials may be used to support Plaintiff's claims and are available for inspection and copying at the undersigned's office at a mutually convenient time:

- 5/9/11 Buffalo Wild Wings Job Application;
- 5/9/11 Domino's Pizza Job Application;
- 5/11/11 Jameson Inn Job Application;
- 5/9/11 Retail Job Application;
- State of Kentucky Criminal History Report of Mr. Mimms; and
- DVDs of LMPD investigations and interrogations, including DVD of interrogation of Mr. Mimms.

Additionally, the following evidentiary materials may be used to support Plaintiff's claims and are presumed to be in the possession of Defendants.

- Episode of The First 48, titled "Eye For An Eye / Dead End" (the "Subject Episode");
- Any documents or other evidence related in any way to the Subject Episode and/or any investigation into Mr. Mimms performed subsequent to the airing of the Subject Episode; and
- All documents and other evidence listed by Defendants in Defendants' FRCP 26(a)(1) disclosures.

(C) <u>Damages</u> – The following is a preliminary computation of the Plaintiffs' damages.

| | |
|---|---|
| 1. Pain and Suffering Damages | $1,000,000.00 |
| 2. Past and Future Lost Wages | $1,000,000.00 ($50,000/year X 20 years) |
| 3. Punitive Damages | $1,000,000.00 |

These computations may be revised as discovery in this matter proceeds and/or with expert testimony.

(D)     <u>Insurance Agreements</u> -- not applicable to this party.

Plaintiffs respectfully reserve the right to supplement these initial disclosures after completion of discovery which has not yet started.

                    Respectfully Submitted,

                    JAMES M. BOLUS, JR.
600 West Main Street, Suite 500
Louisville, Kentucky 40202
(502) 584-1210
(502) 584-1212 – Facsimile
bo@boluslaw.com

A. NICHOLAS NAISER
600 West Main Street, Suite 500
Louisville, Kentucky 40202
(502) 882-5183
(502) 584-1212 – Facsimile
nick@boluslaw.com


/s/ A. Nicholas Naiser

## CERTIFICATE OF SERVICE

  This will certify that on July 6, 2011, I electronically filed the foregoing **PLAINTIFF'S FRCP 26(a)(1) DISCLOSURES** with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Kenyon Meyer
DINSMORE & SHOHL
101 S. Fifth Street, Suite 2500
Louisville, Kentucky 40202
kenyon.meyer@dinslaw.com
*Counsel for Defendant*

            /s/ A. Nicholas Naiser
            A. Nicholas Naiser