UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
NO: 3:11-CV-142-S

---

TYSON MIMMS,

    Plaintiff,        *Electronically Filed*

v.

A&E TELEVISION NETWORKS, LLC and
ITV STUDIOS, INC.

    Defendants.

---

**REPORT OF THE PARTIES' PLANNING MEETING**

1.  The following persons participated in a Rule 26(f) conference on June 22, 2011 by teleconference:

  A. Nicholas Naiser, representing the Plaintiff, Tyson Mimms and R. Kenyon Meyer, representing the Defendants, A&E Television Networks LLC and ITV Studios, Inc.

2.  Initial Disclosures.  The parties will complete the initial disclosures required by Rule 26(a)(1) by August 15, 2011.

3.  Discovery Plan. The parties propose this discovery plan:

  (a) Discovery will be needed on these subjects:
- Truth/falsity
- Fair report privilege
- Fault and public figure status
- Issues related to Plaintiff's claims of invasion of privacy and false light
- Other issues related to liability of Defendants
- Harm/Damages

  (b) Discovery will commence in time to be completed by February 1, 2012. Document discovery will come first, to be followed by depositions.

  (c) Maximum of 60 interrogatories by each party to any other party. Responses will be due 30 days after service.

  (d) Maximum of 30 requests for admissions by each party to any other party. Responses will be due 30 days after service.

    (e)    Maximum of 10 depositions by each party.

    (f)    Each deposition will be limited to a maximum of 7 hours, unless extended by agreement of the parties.

    (g)    Plaintiff will disclose expert witnesses by March 1, 2012, and make his expert witnesses available for depositions by no later than March 22, 2012. Defendants will disclose expert witnesses by April 13, 2012, and make their expert witnesses available for depositions no later than May 4, 2012.

    (h)    Supplementations under Rule 26(e) are due within 14 days.

4.    Other Items:

    (a)    The parties request a pre-trial conference at the conclusion of discovery or at such other time as deemed necessary upon request of counsel for either party.

    (b)    The Plaintiff shall have until September 1, 2011 to amend the pleadings or join parties. The Defendants shall have until October 1, 2011 to amend the pleadings or join parties.

    (c)    All dispositive motions shall be filed by June 1, 2012.

    (d)    Settlement is a possibility.

    (e)    A settlement conference could be beneficial for the parties.

    (f)    Final listing of witnesses and exhibits under Rule 26(a)(3) should be due:

        1.    For the Plaintiff: 60 days after the Court's ruling on dispositive motions.

        2.    For the Defendant: 75 days after the Court's ruling on dispositive motions.

    (g)    The parties shall have 30 days after the filing of the opposing party's witness list or exhibit list to object to a party's final listing of witnesses and exhibits under Rule 26(a)(3).

    (h)    The case should be ready for trial by December 2012, and at this time is expected to take approximately 4 days.

Date:  July 6, 2011

/s/__R. Kenyon Meyer_____
Jon L. Fleischaker
R. Kenyon Meyer
DINSMORE & SHOHL LLP
101 S. Fifth Street
2500 National City Tower
Louisville, KY 40202
Tel: (502) 540-2300
Fax: (502) 585-2207
Attorneys for ITV Studios, Inc.. and AETN

Date:  July 6, 2011

/s/_A. Nicholas Naiser_____
JAMES M. BOLUS, JR.
BOLUS LAW OFFICES
600 West Main Street, Suite 500
Louisville, Kentucky 40202
(502) 584-1210
(502) 584-1212 – Facsimile
bo@boluslaw.com

A. NICHOLAS NAISER
NAISER LAW OFFICE
600 West Main Street, Suite 500
Louisville, Kentucky 40202
(502) 882-5183
(502) 584-1212 – Facsimile
nick@boluslaw.com