**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

**TYSON MIMMS**                                                                                                    **PLAINTIFF(S)**

vs                                                                                         **CIVIL ACTION NO. 3:11CV-142-S**

**A & E TELEVISION NETWORKS, LLC, et al**                                      **DEFENDANT(S)**

**MEMORANDUM OF RULE 16 SCHEDULING CONFERENCE AND ORDER**

A Rule 16 Scheduling Conference was conducted in this matter on July 13, 2011, with the following counsel participating:

      For the Plaintiff:    Nicholas Naiser
      For the Defendant:  Kenyon Meyer

After discussion of the case with counsel, the following schedule is established for the preparation of this case for trial.

1. Counsel will complete exchange of the information required by Fed. R. Civ. P. 26 (a)(l) **August 15, 2011.**

2. Reports from retained experts under Rule 26(a)(2) shall be **furnished by plaintiff to defendant by no later than March 1, 2012, and by defendant to plaintiff by no later than April 13, 2012.** With respect to each treating physician who is expected to testify at trial in person or by deposition, the party who will call the witness shall disclose in writing the substance of the facts and opinion to which the physician is expected to testify and a summary of the grounds for each opinion. This requirement may be satisfied by furnishing a report signed by the treating physician or by a narrative disclosure. No deposition of any treating physician shall be conducted until after the required disclosure is made.

In the absence of good cause shown, no witness shall be permitted to testify except upon compliance with the provisions of this order.

3.  Any motions for joinder of parties or amendment of pleadings shall be filed **no later than September 1, 2011 by the plaintiff and October 1, 2011 by the defendant.**

4.  All discovery shall be completed **by no later than February 1, 2012.**

5.  All potentially dispositive motions shall be filed **no later than June 1, 2012**

6. **A further telephonic status conference is scheduled for Wednesday September 14, 2011 at 10:00 a.m.**, before the undersigned.   The Court will initiate the call.

**IT IS SO ORDERED** this 14th day of July, 2011

ENTERED BY ORDER OF COURT:
**DAVE WHALIN, MAGISTRATE JUDGE**
**UNITED STATES DISTRICT COURT**
  VANESSA L. ARMSTRONG, CLERK

By     /s/ *Trish Carter*
            Deputy Clerk

Copies to counsel

30