UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
NO: 3:11-cv-142-S

---

TYSON MIMMS,

      Plaintiff,

v.

A&E TELEVISION NETWORKS, LLC, and ITV STUDIOS, INC.

      Defendants.

**STIPULATION**

---

**IT IS HERE BY STIPULATED AND AGREED**, by and among the undersigned attorneys for the respective parties, pursuant to Rule 41 of the Federal Rules of Civil Procedure, that the above-captioned action be, and hereby is, dismissed with prejudice, and without costs to any party. The undersigned represent all the parties who have appeared in this action.

This Stipulation may be signed using one or more counterparts. The several executed copies together will be considered an original and will be binding on the parties.

Dated: Louisville, KY
September ~~August~~ 1, 2011

BOLUS LAW OFFICES

By: _____

*Attorneys for Plaintiff Tyson Mimms*

**Charles R. Simpson III, Judge
United States District Court**

DINSMORE & SHOHL LLP

By: _____

*Attorneys for Defendant A&E Television Networks, LLC and ITV Studios, Inc.*

September 8, 2011

DWT 17801598v2 0069462-000046